IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GEORGE FOXX, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Case No. 4:12CV593 |
| § | |
| MY VINTAGE BABY, INC., et al. § | |
| § | |
| Defendants. § | |
| § | |

**FINAL JUDGMENT AND ORDER GRANTING WITHDRAWAL OF COUNSEL**

Pursuant to the Memorandum Opinion and Order of United States Magistrate Judge filed in this matter, it is hereby

**CONSIDERED, ORDERED** and **ADJUDGED** that the above titled and numbered cause of action is **DISMISSED with prejudice**.

Further, all claims having been resolved, Patrick B. Larkin's Motion to Withdraw as Attorney in Charge (**Dkt. 75**) is **GRANTED**, and Larkin is discharged as counsel for Defendants Jessica Wiswall and My Vintage Baby, Inc.  As to any post-judgment proceedings, Jessica Wiswall may proceed *pro se,* and all notices shall be sent to her by the Clerk of Court at the last known address listed on page 2 of Dkt. 75-1.  However, because non-natural persons cannot appear in federal court unless represented by a licensed attorney, Defendant My Vintage Baby, Inc. may only appear in post-judgment proceedings through counsel.  *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004).

This matter shall be closed on the Court's docket, and all costs shall be borne by the party incurring same.

Defendants' counsel shall serve a copy of this Order on Defendants at their last known address prior to the withdrawal becoming effective.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of December, 2014.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE